**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                      Case No. **13-07634**

**GOMEZ CADIZ, PETER & MARTINEZ VELAZQUEZ, CARMEN S**        Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____    ☑ AMENDED PLAN DATED: **2/19/2014**
☐ PRE ☐ POST-CONFIRMATION           Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **200.00** x **12** = $ **2,400.00**
$ **838.00** x **48** = $ **40,224.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **42,624.00**

Additional Payments:
$ **1,400.00** to be paid as a LUMP SUM within **60 months** with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:
**$1400 FROM Tax refunds @ $350 per year starting on 2015**

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **44,024.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,761.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL BANK**    Cr. _____    Cr. _____
# **0784**    # _____    # _____
$ **2,984.00**    $ _____    $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **FIRST BANK**    Cr. _____    Cr. _____
# **5970**    # _____    # _____
$ **27,017.68**    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder: _____

5. ☐ Other: _____

6. ☑ Debtor otherwise maintains regular payments directly to:
**DORAL BANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☑ Classifies ☐ Does not Classify Claims.
1. (a) Class A: ☑ Co-debtor Claims / ☐ Other: _____
☑ Paid 100% / ☐ Other: _____
Cr. **ISLAND FINANCE**    Cr. _____    Cr. _____
# **2061**    # _____    # _____
$ **3,673.17**    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
Debtor(s) to provide Adequate Protection Payments to FIRST BANK thru the Trustee in the sum of $100.00 per month for the next eight months or until confirmation. Debtor to provide auto insurance upon maturity to FirstBank thru Eastern America Insurance Company ($306.) *
"Tax refunds, if any, will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds." Debtor will surrender any future funds that could be received from claim made to ALCO CORP who filed bankruptcy under Chapter 11, case #12-000139.

Signed: **/s/ PETER GOMEZ CADIZ**
Debtor

**/s/ CARMEN S MARTINEZ VELAZQUEZ**
Joint Debtor

Attorney for Debtor **Miriam A. Murphy Murphy Law Office**    Phone: **(787) 263-2377**

AMENDED CHAPTER 13 PAYMENT PLAN

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only