## IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

| | |
|---|---|
| IN RE:<br><br>**PETER GOMEZ CADIZ**<br>**CARMEN S MARTINEZ VELAZQUEZ**<br>aka CARMEN SOCORRO MARTINEZ VELAZQUEZ<br><br>xxx–xx–2070<br>xxx–xx–7324<br><br>Debtor(s) | Case No. **13–07634 EAG**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 9/15/14 |

### ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following motion: for authorization to enter into loss mitigation agreement filed by debtors, docket #49.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this Monday, September 15, 2014 .

Edward A. Godoy
United States Bankruptcy Judge